IN RE MANUS v. MULLIS

No. 103P88.

Case below: 88 N.C. App. 612.

Petition by respondent for discretionary review pursuant to G.S. 7A-31 denied 6 April 1988.

IN THE MATTER OF THE WILL OF EVERHART

No. 78P88.

Case below: 88 N.C. App. 572.

Petition by caveators for discretionary review pursuant to G.S. 7A-31 denied 6 April 1988.

McLEAN v. McLEAN

No. 55A88.

Case below: 88 N.C. App. 285.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 and App. Rule 16(b) as to additional issues allowed 6 April 1988.

MATTHEWS v. JAMES

No. 15P88.

Case below: 88 N.C. App. 32.

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 6 April 1988.

MERRITT v. EDWARDS RIDGE

No. 12PA88.

Case below: 88 N.C. App. 132.

Petition by defendants for discretionary review pursuant to G.S. 7A-31 allowed 6 April 1988.